UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD WEBB | ) | 1:10CR10055-001-JLT |
|     Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| BETH ISRAEL DEACONESS MEDICAL | ) | |
| CENTER PENSION PLAN | ) | |
|     Garnishee. | ) | |

**MOTION FOR PROPOSED ORDER OF GARNISHMENT**

As more fully discussed in the Memorandum of Support submitted herewith, the United States of America, through its attorneys, United States Attorney Carmen M. Ortiz and Assistant United States Attorney Christopher R. Donato, hereby requests that this Court enter an Order of Garnishment against the Defendant, Richard Webb, upon the Garnishee, Beth Israel Deaconess Medical Center Pension Plan, so that the United States can apply the funds held by the Garnishee towards the Defendant's restitution debt, pursuant to 28 U.S.C. § 3205.

A proposed Order of Garnishment is submitted herewith.

                                            Respectfully submitted,

                                            CARMEN M. ORTIZ
                                            United States Attorney

                      By:    /S/ Christopher R. Donato
                              CHRISTOPHER R. DONATO
                              Assistant U.S. Attorney
                              John Joseph Moakley Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3303

Dated:    August 9, 2011

*[Handwritten annotation: "Allowed /s/ Tauro DJ 8/16/11"]*